AO 458 (Rev. 6/98 DC) - APPEARANCE

# United States District Court
## for the District of Columbia

Cynthia Omekam, minor & Edith Wilson, Parent

APPEARANCE

v.

District of Columbia Public Schools

CASE NUMBER: 07-CV-00986-RCL

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Cynthia Omekam & Edith Wilson

July 12, 2007
Date

493979
BAR IDENTIFICATION NO.

[signature]
Signature

Kevin McCants
Print Name

1001 Pennsylvania Ave., NW Suite: 600-South
Address

Washington, DC 20004
City State Zip Code

202·903·0282
Phone Number