AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Cynthia Omeka
&
Edith Wilson

v.

District Columbia Public Schools

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-cv-00986-RCL

TO: (Name and address of Defendant)

Dr. Clifford Chawey & Dr. Anita Berger
825 N. Capitol Street, NE    800 Euclid St, NW
Suite 9026                    Washington, DC
Washington, DC 20002                      20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kevin McCants
1001 Pennsylvania Avenue, NW
Suite 600 - South
Washington, DC 20004

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____      _____
CLERK                              DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

Case 1:07-cv-00086-RCL    Document 5    Filed 07/16/2007    Page 2 of 2

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 6-7-2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Clinton Harrison | Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: DCPS Admin office (ninth floor) 825 North Capitol, NE, WDC, 20002; Clifford Janey, same Admin Address; Principal Anita Berger, at school at 800 Euclid St, NW, WDC.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Administrative Receptionist; photocopy receipts.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-6-2007     _[signature]_ Clinton Harrison
            Date          Signature of Server

611 Eads Street NE
Address of Server
Washington, D.C. 20019

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.