UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **CYNTHIA OMEKAM**, *et al*. | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| v. | ) ) | Civil Action No. 07-986 (RCL) |
| **DISTRICT OF COLUMBIA PUBLIC SCHOOLS**, *et al*. | ) ) ) ) | |
| **Defendants.** | ) ) | |

## ORDER

Although this case was filed on May 30, 2007, plaintiffs have still filed no proof of service on defendants. If plaintiffs fail to do so within 10 days of this date, this case shall be dismissed without prejudice.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, October 3, 2007.