# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                   )

**CYNTHIA OMEKAM,** *et al.*       )

                                   )

     **Plaintiffs,**            )

                                   )

        **v.**                  )      **Civil Action No. 07-986 (RCL)**

                                   )

**DISTRICT OF COLUMBIA PUBLIC**  )
**SCHOOLS,** *et al.*           )

                                   )

     **Defendants.**          )
_____)

## ORDER

    Plaintiff has failed to comply with this Court's order of October 3, 2007.

    This case is hereby dismissed without prejudice.

    SO ORDERED.


Signed by United States District Judge Royce C. Lamberth, October 25, 2007